

# Fourth Court of Appeals
## San Antonio, Texas

February 10, 2021

No. 04-21-00018-CV

**IN RE** Rafael Alejandro Olvera Silva n/k/a Rafael **HARLOW**, Relator

Original Mandamus Proceeding[1]

### ORDER

Relator's petition for writ of mandamus is DENIED.

It is so **ORDERED** on February 10, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of February, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2019-CI-24609, styled *M.F.O.S., Individually v. Rafael Alejandro Olvera Silva n/k/a Rafael Harlow*, pending in the 438th Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding.